BEFORE THE FIRST DIVISION, JANUARY 6, 1941

**No. 45101.**—Protests 957048–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers are in chief value of decorated glass similar in all material respects to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.